[Nos. 45501-0-I; 45502-8-I. Division One. October 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARD FRANCIS, *Appellant*

Appeals from a judgment of the Superior Court for King County, No. 99-1-06965-6, William L. Downing, J., entered October 25, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44705-0-I. Division One. October 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC MCCAULEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05337-9, Harriett M. Cody, J., entered May 12, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 45507-9-I. Division One. October 23, 2000.]

JACK A. KAHN, ET AL., *Respondents*, v. STEWART F. MESHER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-16282-1, Linda Lau, J., entered October 18, 2000. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Ellington, JJ.

[No. 45556-7-I. Division One. October 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GALE RAY MISSLER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00842-1, Richard J. Thorpe, J., entered October 8, 1999. *Affirmed* by unpublished per curiam opinion.